UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **RONALD KOSSEY,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:22-cv-00007-O |
| | § | |
| **US BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF THE TIKI SERIES III TRUST AND SN SERVICING CORPORATION,** | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

This Judgment is issued under Fed. R. Civ. P. 58(a).

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered,

It is **ORDERED**, **ADJUDGED**, and **DECREED** that:

1) Defendants' motion to dismiss is **GRANTED**.

2) The case is **DISMISSED with prejudice**.

3) The clerk shall transmit a true copy of this Judgment, together with a true copy of the Order, to the parties.

**SO ORDERED** this **28th day** of **March, 2022**.

_Reed O'Connor_
**UNITED STATES DISTRICT JUDGE**